| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:09CR00022-011 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jimmy Lee Miller 544 Ryder Church Road Bluff City, TN 37618 | DISTRICT Western District of Virginia | DIVISION Abingdon |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable James P. Jones | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 27, 2011 — TO January 26, 2014 |

OFFENSE
Conspiracy to Defraud the United States

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/26/12
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/3/12
Effective Date

United States District Judge

Case 2:12-cr-05021-JRG   Document 1   Filed 12/04/12   Page 1 of 2   PageID #: 1

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:09CR00022-011 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jimmy Lee Miller 544 Ryder Church Road Bluff City, TN 37618 | DISTRICT Western District of Virginia | DIVISION Abingdon |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable James P. Jones | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 27, 2011 — TO January 26, 2014 |

OFFENSE
Conspiracy to Defraud the United States

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/26/12
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/3/12
Effective Date

_[signature]_
United States District Judge