CLOSED, FORFEITURE

# U.S. District Court
# Western District of Virginia (Abingdon)
# CRIMINAL DOCKET FOR CASE #: 1:09-cr-00022-JPJ -PMS-11

| | |
|---|---|
| Case title: USA v. Deel et al | Date Filed: 05/19/2009 |
| | Date Terminated: 06/21/2010 |

Assigned to: Judge James P. Jones
Referred to: Magistrate Judge Pamela Meade Sargent

**Defendant (11)**

| | | |
|---|---|---|
| **Jimmy James Miller**<br>*TERMINATED: 06/21/2010* | represented by | **Helen Eckert Phillips**<br>Allen Kopet & Associates, PLLC<br>P.O. Box 1119<br>Bristol, VA 24203<br>276-644-5560 X 4303<br>Fax: 276-644-5561<br>Email: hphillips@allen-kopet.com<br><br>*TERMINATED: 06/21/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F - 18:371 - CONSPIRACY TO DEFRAUD THE UNITED STATES - Conspiracy to Transport Stolen Motor Vehicles in Interstate Commerce (March, 2009)<br>(1) | CBOP six (6) months; Three (3) years of Supervised Release w/ special conditions; $100 Special Assessment |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**          **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                 **Disposition**
None

**Plaintiff**

USA            represented by   **Ashley Brooke Neese**
                                United States Attorneys Office
                                BB&T Building
                                310 First Street, S.W. Room 906
                                Roanoke, VA 24008
                                540-857-2250
                                Email: ashley.neese@usdoj.gov
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

                                **Zachary T. Lee**
                                UNITED STATES ATTORNEYS OFFICE
                                180 WEST MAIN STREET
                                ABINGDON, VA 24210
                                276-628-4161
                                Fax: 276-628-7399
                                Email: USAVAW.ECFAbingdon@usdoj.gov

                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2009 | 14 | MOTION to Seal Case by USA as to William Deel, Jr, Bobby Allen Houser, Tony Campbell, David Mitchell, Glea Broyles, |

| | | |
|---|---|---|
| | | John Brewer, Danny Baird, Robert Edwards, Roy Lee Brackett, Rocky Trivette, Jimmy James Miller, James Doss, Michael Widener. (eps) (Entered: 05/20/2009) |
| 05/19/2009 | 15 | SEALED INDICTMENT as to William Deel, Jr (1) count(s) 1, 2-3, 4, 6, 9, 11, 14, 16, 21, 22, 26, Bobby Allen Houser (2) count(s) 1, 2-3, 4, 9, 11, 14, 16, 19, 21, 22, 26, 29, Tony Campbell (3) count(s) 1, 18, 25, 28, 30, David Mitchell (4) count(s) 1, 26, Glea Broyles (5) count(s) 1, John Brewer (6) count(s) 1, 15, 17, 20, 23, Danny Baird (7) count(s) 1, 12, 26, Robert Edwards (8) count(s) 1, 5, 24, 26, Roy Lee Brackett (9) count(s) 1, 8, 10, Rocky Trivette (10) count(s) 1, 7, 26, Jimmy James Miller (11) count(s) 1, James Doss (12) count(s) 1, 13, 26, Michael Widener (13) count(s) 27. (eps) (Entered: 05/20/2009) |
| 05/19/2009 | 18 | MOTION for Disclosure of grand jury and other materials by USA as to William Deel, Jr, Bobby Allen Houser, Tony Campbell, David Mitchell, Glea Broyles, John Brewer, Danny Baird, Robert Edwards, Roy Lee Brackett, Rocky Trivette, Jimmy James Miller, James Doss, Michael Widener. (eps) (Entered: 05/20/2009) |
| 05/20/2009 | 19 | ORDER granting 14 Motion to Seal Case as to William Deel Jr. (1), Bobby Allen Houser (2), Tony Campbell (3), David Mitchell (4), Glea Broyles (5), John Brewer (6), Danny Baird (7), Robert Edwards (8), Roy Lee Brackett (9), Rocky Trivette (10), Jimmy James Miller (11), James Doss (12), Michael Widener (13). Signed by Magistrate Judge Pamela Meade Sargent on 5/20/09. (eps) |
| 05/20/2009 | 20 | ORDER granting 18 Motion for Disclosure as to William Deel Jr. (1), Bobby Allen Houser (2), Tony Campbell (3), David Mitchell (4), Glea Broyles (5), John Brewer (6), Danny Baird (7), Robert Edwards (8), Roy Lee Brackett (9), Rocky Trivette (10), Jimmy James Miller (11), James Doss (12), Michael Widener (13). Signed by Magistrate Judge Pamela Meade Sargent on 5/20/09. (eps) |
| 05/20/2009 | | Arrest of Bobby Allen Houser, David Mitchell, Glea Broyles, Danny Baird, Roy Lee Brackett, Jimmy James Miller, James Doss, Michael Widener (eps) |
| 05/20/2009 | 64 | Minute Entry for proceedings held before Magistrate Judge Pamela Meade Sargent:Arraignment as to Jimmy James Miller (11) Count 1 held on 5/20/2009, Bond Hearing as to Jimmy James |

| | | Miller held on 5/20/2009, Initial Appearance as to Jimmy James Miller held on 5/20/2009 (Court Reporter Ella Surber, FTR) (ejs) (Entered: 05/21/2009) |
|---|---|---|
| 05/20/2009 | 65 | Unsecured Bond Entered as to Jimmy James Miller in amount of $ 10,000 (ejs) (Entered: 05/21/2009) |
| 05/20/2009 | 66 | ORDER Setting Conditions of Release as to Jimmy James Miller (11) $10,000 unsecured. Signed by Magistrate Judge Pamela Meade Sargent on 5/20/09. (ejs) (Entered: 05/21/2009) |
| 05/21/2009 | 74 | CJA 20 as to Jimmy James Miller: Appointment of Attorney Helen Eckert Phillips for Jimmy James Miller. Signed by Magistrate Judge Pamela Meade Sargent on 5/20/09. (ejs) |
| 06/01/2009 | 98 | NOTICE OF HEARING as to William Deel, Jr, Bobby Allen Houser, Tony Campbell, David Mitchell, Glea Broyles, John Brewer, Danny Baird, Robert Edwards, Roy Lee Brackett, Rocky Trivette, Jimmy James Miller, James Doss, Michael Widener: Jury Trial set for 7/28 thru 31/2009 @ 9:00 AM in Abingdon before Judge James P. Jones. Pretrial Conference set for 7/13/2009 @ 11:00 AM in Abingdon before Magistrate Judge Pamela Meade Sargent.(aec) |
| 06/09/2009 | 102 | MOTION for Discovery by Jimmy James Miller. (Phillips, Helen) |
| 06/10/2009 | 105 | JONES PRETRIAL ORDER as to William Deel, Jr, Bobby Allen Houser, Tony Campbell, David Mitchell, Glea Broyles, John Brewer, Danny Baird, Robert Edwards, Roy Lee Brackett, Rocky Trivette, Jimmy James Miller, James Doss, Michael Widener. Signed by Judge James P. Jones on 6/10/09. (eps) |
| 06/11/2009 | 106 | ORDER granting in part and denying in part 102 Motion for Discovery as to Jimmy James Miller (11). Deadlines as stated in order. Signed by Magistrate Judge Pamela Meade Sargent on 6/11/09. (Bordwine, Robin) |
| 06/15/2009 | 118 | Arrest Warrant Returned Executed on 5/20/09 in case as to Jimmy James Miller. (lmh) |
| 07/10/2009 | 147 | PLEA AGREEMENT as to Jimmy James Miller. (Lee, Zachary) |
| 07/10/2009 | 148 | Notice of Cancellation of Pretrial Conference scheduled for 7/13/09 at 11:00 a.m. as to Jimmy James Miller(eps) |
| 07/13/2009 | 149 | NOTICE OF HEARING as to Jimmy James Miller: Change of Plea Hearing set for 7/28/2009 @ 10:30 AM in Abingdon before Judge James P. Jones.(aec) |

| | | |
|---|---|---|
| 07/13/2009 | 153 | Minute Entry for proceedings held before Magistrate Judge Pamela Meade Sargent:Pretrial Conference as to David Mitchell, Glea Broyles, John Brewer, Danny Baird, Robert Edwards, Roy Lee Brackett, Jimmy James Miller, James Doss held on 7/13/2009, Motion Hearing as to David Mitchell, Glea Broyles, John Brewer, Danny Baird, Robert Edwards, Roy Lee Brackett, Jimmy James Miller, James Doss held on 7/13/2009 re 145 MOTION to Continue-Ends of Justice for Jury Trial filed by Danny Baird. All defendants remain on bond. (Court Reporter E. Stokes, FTR) (eps) |
| 07/27/2009 | 162 | MOTION to Continue *Guilty Plea Hearing*, MOTION for Psychiatric Exam *to Evaluate Competency* by Jimmy James Miller. (Phillips, Helen) |
| 07/28/2009 | 163 | Minute Entry for proceedings held before Judge James P. Jones:Motion Hearing as to Jimmy James Miller held on 7/28/2009 re 162 MOTION to Continue *Guilty Plea Hearing* MOTION for Psychiatric Exam *to Evaluate Competency* filed by Jimmy James Miller (Court Reporter Bridget Dickert) (aec) |
| 07/28/2009 | 164 | ORAL ORDER granting 162 Motion to Continue guilty plea hearing as to Jimmy James Miller (11) and granting 162 Motion for Psychiatric Exam as to Jimmy James Miller (11)( Psychiatric Exam due by 9/1/2009). Entered by Judge James P. Jones on July 28, 2009. (aec) |
| 07/28/2009 | 165 | ORDER (follows oral order entered 07/28/09) as to Jimmy James Miller granting re 162 MOTION to Continue *Guilty Plea Hearing* and MOTION for Psychiatric Exam *to Evaluate Competency*, 164 . Signed by Judge James P. Jones on July 28, 2009. (aec) (Entered: 07/29/2009) |
| 07/29/2009 | 166 | Notice of Correction re 165 Order - Written Order Following Oral Order on Motion - Deleted and redocketed correctly by clerk. (aec) |
| 09/04/2009 | 178 | Psychiatric Report Received (Sealed) as to Jimmy James Miller (aec) |
| 09/08/2009 | 179 | NOTICE OF HEARING as to Jimmy James Miller: Change of Plea Hearing set for 9/10/2009 @ 2:30 PM in Abingdon before Judge James P. Jones.(aec) |
| 09/10/2009 | 184 | Minute Entry for proceedings held before Judge James P. Jones:Guilty Plea Hearing as to Jimmy James Miller held on |

|  |  |  |
|---|---|---|
|  |  | 9/10/2009 Plea entered by Jimmy James Miller (11) Guilty Count 1. (Court Reporter Bridget Dickert) (lmh) |
| 09/10/2009 | 186 | NOTICE OF HEARING as to Jimmy James Miller: Sentencing set for 1/11/2010 @ 1:30 PM in Abingdon before Judge James P. Jones.(aec) |
| 09/29/2009 |  | Notice of Appearance - Probation Officer: W. Greg Lambert as to Jimmy James Miller (PF) |
| 11/09/2009 | 226 | NOTICE OF HEARING as to Jimmy James Miller: Sentencing reset for 3/29/2010 @ 1:30 PM in Abingdon before Judge James P. Jones.(aec) |
| 02/11/2010 | 250 | OPINION AND ORDER granting in part and denying in part 192 Motion in Limine as to Tony Campbell (3), John Brewer (6), Robert Edwards (8), Roy Lee Brackett (9), Rocky Trivette (10), James Doss (12); granting in part and denying in part 193 Motion in Limine as to Tony Campbell (3), John Brewer (6), Robert Edwards (8), Roy Lee Brackett (9), Rocky Trivette (10), James Doss (12). Signed by Judge James P. Jones on 2/11/09. (sc) |
| 02/23/2010 | 285 | NOTICE OF HEARING as to Jimmy James Miller: Sentencing reset for 5/17/2010 @ 3:00 PM in Abingdon before Judge James P. Jones.(aec) |
| 05/17/2010 | 303 | MOTION to Continue *Sentencing* by Jimmy James Miller. (Phillips, Helen) |
| 05/17/2010 | 304 | ORAL ORDER granting 303 Motion to Continue Sentencing Hearing as to Jimmy James Miller (11). Entered by Judge James P. Jones on May 17, 2010. (aec) |
| 05/18/2010 | 310 | NOTICE OF HEARING as to Jimmy James Miller: Sentencing reset for 6/21/2010@ 10:00 AM in Abingdon before Judge James P. Jones.(aec) |
| 06/18/2010 | 341 | SENTENCING MEMORANDUM by Jimmy James Miller (Phillips, Helen) |
| 06/21/2010 | 342 | Minute Entry for proceedings held before Judge James P. Jones:Sentencing held on 6/21/2010 for Jimmy James Miller (11) as to Count 1 -- CBOP six (6) months; Three (3) years of Supervised Release w/ special conditions; $100 Special Assessment. (Court Reporter Bridget Dickert) (aec) |
| 06/21/2010 | 344 | ORAL MOTION to Dismiss forfeiture allegationby USA as to Jimmy James Miller. (aec) |

| | | |
|---|---|---|
| 06/21/2010 | 345 | ORAL ORDER granting 344 Oral Motion to Dismiss forfeiture allegation as to Jimmy James Miller (11). Entered by Judge James P. Jones on June 21, 2010. (aec) |
| 06/21/2010 | 346 | JUDGMENT as to Jimmy James Miller (11) as to Count 1 -- CBOP six (6) months; Three (3) years of Supervised Release w/ special conditions; $100 Special Assessment. Signed by Judge James P. Jones on June 21, 2010. (aec) |
| 08/06/2010 | 389 | Judgment Returned Executed as to Jimmy James Miller on 7/29/10. (ejs) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/04/2012 13:09:49 | | | |
| PACER Login: | us4431 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:09-cr-00022-JPJ -PMS |
| Billable Pages: | 4 | Cost: | 0.40 |